# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AL MOSLEY,

    Plaintiff

v.

SMITH'S FOOD & DRUG CENTERS, INC., et al.,

    Defendants

Case No.: 2:26-cv-01082-APG-DJA

**Order Striking Certificate of Interested Parties**

I ORDER that defendant Paradise Marketplace, LLC's certificate of interested parties (ECF No. 21) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not properly identify Paradise Marketplace's citizenship for diversity purposes as required by that rule because, as a limited liability company, it "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Paradise Marketplace identified where it was formed and its principal place of business.  It must instead identify the citizenship of each of its members.

I FURTHER ORDER defendant Paradise Marketplace, LLC to file a proper certificate of interested parties by July 13, 2026.

DATED this 29th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE