**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AL MOSLEY,

Plaintiff

v.

SMITH'S FOOD & DRUG CENTERS, INC., et al.,

Defendants

Case No.: 2:26-cv-01082-APG-DJA

**Order Striking Certificate of Interested Parties**

I ORDER that defendant Paradise Marketplace, LLC's certificate of interested parties (ECF No. 25) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not properly identify Paradise Marketplace's citizenship for diversity purposes as required by that rule because, as a limited liability company, it "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Paradise Marketplace identified its sole member as a limited partnership. A limited partnership is a citizen of every state in which each of its partners, including limited partners, are citizens. *Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990). But Paradise Marketplace did not identify the citizenship of each of the partners in the limited partnership. It therefore has not adequately identified its citizenship.

I FURTHER ORDER defendant Paradise Marketplace, LLC to file a proper certificate of interested parties by July 27, 2026.

DATED this 14th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE