**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AL MOSLEY,

Plaintiff

v.

SMITH'S FOOD & DRUG CENTERS, INC., et al.

Defendants

Case No.: 2:26-cv-01082-APG-DJA

**Order Remanding Case**

Defendant Paradise Marketplace, LLC filed a certificate of interested parties indicating that it is a citizen of, among other states, Nevada. ECF No. 28. Diversity jurisdiction therefore does not exist because Paradise is not diverse from the plaintiff, who is a Nevada citizen. *See* ECF No. 1 at 3.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 28th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE